UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:08CV-574-H

GARY B. ROBINSON, SR.                                                             PLAINTIFF

V.

LOUISVILLE METRO JEFFERSON COUNTY
AND TEAMSTERS LOCAL 783                                    DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

       Both Defendants, Metro Government and Teamsters Local 783, have moved to dismiss the complaint against them. The complaint asserts that Metro Government unlawfully discharged Plaintiff and that Local 783 did not adequately represent him.

       Plaintiff has not stated a cause of action against Local 783 under either federal statutes or the Constitution of the United States. Plaintiff essentially alleges some form of a state law tort claim. Consequently, this Court would not have federal jurisdiction under 28 U.S.C. § 1331.

       The same is true as to his allegations against Metro Government. Plaintiff does not assert discrimination or harassment against a specified class. He only asserts a state law tort claim of some kind.

       Being otherwise sufficiently advised,

       IT IS HEREBY ORDERED that Defendants' motions to dismiss are SUSTAINED and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE due to the absence of federal jurisdiction.

This is a final order.

cc: Gary B. Robinson, Sr., *Pro Se*
Counsel of Record